IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ADRIAN JUCHAU, and KARISSA KENNEY,<br><br>    Plaintiffs,<br><br>v.<br><br>FLUENT,<br><br>    Defendant. | **SUPPLEMENTAL JUDICIAL SETTLEMENT CONFERENCE ORDER**<br><br>Case No. 2:21-cv-00551-RJS-CMR<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero<br><br>Magistrate Judge Paul Kohler<br>(for settlement purposes only) |

In addition to the Confidential Settlement Statement ordered on March 13, 2024,[1] on or before the close of business on **April 12, 2024,** the parties shall exchange with each other and shall separately lodge with the Magistrate Judge a brief on the merits of the claims and the likelihood of class certification. The merits briefs must be emailed to chambers at: utdecf_kohler@utd.uscourts.gov. Copies of the merits briefs **shall NOT be filed with the Clerk of the Court.** The Court and its personnel shall not permit other parties or counsel to have access to these briefs.

For questions related to the settlement conference, counsel may contact Judge Kohler's Chambers at 435-703-7301 or utdecf_kohler@utd.uscourts.gov.

---

[1] *See* Docket No. 121.

DATED this 14th day of March, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge