# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADRIAN JUCHAU and KARISSA KENNEY, <br><br> Plaintiffs, <br><br> v. <br><br> FLUENT, INC., <br><br> Defendant. | **ORDER GRANTING JOINT MOTION TO CONTINUE** <br><br> Case No. 2:21-cv-00551-RJS-CMR <br><br> Judge Robert J. Shelby <br> Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Motion to Continue Deadline (Motion) (ECF 129), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the parties shall file dismissal documents by October 16, 2024.

DATED this 13 September 2024.

_____
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah